**Order filed September 30, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00281-CV
_____

### SANDRA ST. JOHN, Appellant

### V.

### RAYMOND CRAIG HEARNE JUNIOR, Appellee

**On Appeal from the County Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 483017**

# O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant has not paid or made arrangements to pay for the record and is not appealing as indigent. On June 14, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that a request to prepare the reporter's record had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within **thirty days** of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.